### 16262.   SPIVEY *v.* THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial shows reversible error.
*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 27, 1925.

Conviction of stabbing; from Muscogee superior court—Judge Munro.   December 30, 1924.

*M. H. Norris, R. Terry, George C. Palmer,* for plaintiff in error.

*W. R. Flournoy, solicitor-general,* contra.